ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP -7 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| KEITH ARGENBRIGHT | ) |
| | ) |
| v. | ) 3:04-CV-1061-H |
| | ) |
| ZIX CORPORATION, ET AL | ) |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that within fifteen (15) days of the date of this order Defendants will file an amended bill of costs in the amount of $7,843.99 which excludes fees and expenses incurred by its expert witness, Karen K. Suhre.

Upon receipt of a copy of Defendants' amended bill of costs Plaintiff will tender to Defendants the total listed in the amended bill of costs.

Signed this ___7___ day of Sept., 2005.

BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS